UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CITIMORTGAGE, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JOHN T. BARNETT JR., DENA M. BARNETT, AMERICAN GENERAL FINANCIAL SERVICES, INC., CENTRAL COLLECTIONS BUREAU INC. and UNITED STATES OF AMERICA SMALL BUSINESS ADMINISTRATION, | ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 1:08-cv-1503-SEB-DML

**ORDER SETTING ASIDE JUDGMENT AND DECREE OF FORECLOSURE AND OF DISMISSAL**

This matter came before the Court on the Motion of the Plaintiff, CitiMortgage, Inc., to set aside its Judgment and Decree of Foreclosure and to Dismiss Plaintiff's Complaint, and the Court, having reviewed same and being duly advised in the premises, now finds that the above-referenced Motion should be granted; accordingly it is:

ORDERED, ADJUDGED AND DECREED that the Judgment and Decree of Foreclosure, entered June 1, 2009, is hereby set aside, and Plaintiff's Complaint to Foreclose Mortgage filed October 3, 2008, is hereby dismissed without prejudice.

Date: 11/13/2009

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Barnett - File No. 012662F01

DISTRIBUTION:

BRYAN K. REDMOND
FEIWELL & HANNOY, P.C.
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727

William McCoskey
OFFICE OF THE UNITED STATES ATTORNEY
10 West Market Street, Suite 2100
Indianapolis, IN 46204
Attorney for United States of America Small Business Administration

Barnett - File No. 012662F01